Herman GOLDEN v. CITY OF ATHENS.
8 Div. 636.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

Joe GOLDEN v. STATE.
4 Div. 978.

Court of Appeals of Alabama.
April 11, 1933.

SAMFORD, Judge.
Affirmed.

Bill GOLDMAN v. STATE.
I Div. 103.

Court of Appeals of Alabama.
April 11, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

Grace GOODE v. STATE.
6 Div. 435.

Court of Appeals of Alabama.
May 9, 1933.

RICE, Judge.
Appeal dismissed.

M. C. GOODEN v. STATE.
4 Div. 941.

Court of Appeals of Alabama.
Nov. 15, 1932.

SAMFORD, J.
Affirmed.

Bill GOODSON v. STATE.
4 Div. 944.

Court of Appeals of Alabama.
April 4, 1933.

SAMFORD, Judge.
Appeal dismissed.

Edward GRAHAM, alias, etc., v. STATE.
8 Div. 564.

Court of Appeals of Alabama.
Feb. 9, 1932.

W. M. Burns, of Tuscumbia, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.
Appeals dismissed.

Ed GRAMMAR v. STATE.
6 Div. 187.

Court of Appeals of Alabama.
Jan. 12, 1932.

SAMFORD, J.
Affirmed.